UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2003 JUL 24 A 11: 51

| | |
|---|---|
| ARISLEIDA HOBAL | : CASE NO. 3:03CV1019(WWE) |
| d/b/a    : | US DISTRICT COURT |
| TROPICAL MARKET    : | BRIDGEPORT CT |
| PLAINTIFF : | |
| VS.    : | |
| | |
| UNITED STATES DEPARTMENT OF: | |
| AGRICULTURE- FOOD AND    : | |
| NUTRITION SERVICE, | |
| DEFENDANT : JULY 23, 2003 | |

## MOTION FOR CONTEMPT

1. Plaintiff brought this action pursuant to the Food Stamp Act 7 USC Section 2011,et seq. by Complaint dated June 9, 2003

2. On June 9, 2003 the Plaintiff also filed a Motion for Stay of Disqualification from the Food Stamp Program pending this Appeal.

3. The Plaintiff Arisledia Hobal owns and operates a grocery store known as Tropical Market, a retail food store which is located at 1063 Bank Street, Waterbury, Connecticut.

4. The Defendant UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE is the administrator of the Food Stamp Program.

Motion DENIED as moot.    10/27/03.

WARREN W. EGINTON, Senior U.S. District Judge

1