UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARISLEIDA HOBAL,<br>    d/b/a Tropical Market,<br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>AGRICULTURE, FOOD AND<br>NUTRITION SERVICE,<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:   CIVIL NO. 3:03 CV 01019 (WWE)<br>:<br>:<br>:<br>:<br>:   January 9, 2004 |

FILED
2004 JAN 27 P 1: 18
US DISTRICT COURT
BRIDGEPORT

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its own costs, expenses and fees, including attorney's fees.

Executed this 23rd day of January, 2004.

Respectfully submitted,

FOR THE PLAINTIFF

_/s/ Thomas K. McDonough_
THOMAS K. MCDONOUGH
144 BUCKINGHAM ST.
WATERBURY, CT 06710
(203) 575-0120
(203) 575-0120
FEDERAL BAR NO. CT07189

FOR THE DEFENDANT

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_/s/ Patrick F. Caruso_
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508-1824
(203) 821-3700
(203) 773-5373
FEDERAL BAR NO. CT17984