17

03cv1019Stip

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARISLEIDA HOBAL,<br>  d/b/a Tropical Market,<br>           Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>AGRICULTURE, FOOD AND<br>NUTRITION SERVICE,<br>           Defendant. | 2004 JAN 27 P 1:18<br><br>US DISTRICT COURT<br>BRIDGEPORT<br><br>CIVIL NO. 3:03 CV 01019 (WWE)<br><br><br><br>January 9, 2004 |

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its own costs, expenses and fees, including attorney's fees.

Executed this 23rd day of January, 2004.

Respectfully submitted,

FOR THE PLAINTIFF                FOR THE DEFENDANT

                                 KEVIN J. O'CONNOR
                                 UNITED STATES ATTORNEY

_____        _____
THOMAS K. MCDONOUGH              PATRICK F. CARUSO
144 BUCKINGHAM ST.               ASSISTANT U.S. ATTORNEY
WATERBURY, CT 06710              P.O. BOX 1824
(203) 575-0120                   NEW HAVEN, CT 06508-1824
(203) 575-0120                   (203) 821-3700
FEDERAL BAR NO. CT07189          (203) 773-5373
                                 FEDERAL BAR NO. CT17984

APPROVED and SO ORDERED
Warren W. Eginton, U.S.D.J.
Bridgeport, CT  1/29/04

2004 JAN 30
US DISTRICT
BRIDGEPORT